IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TWILA HOYEM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 2:11-cv-809-MEF |
| v. ) | |
| ) | (WO – Do Not Publish) |
| THE BBQ HOUSE, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This cause is before the Court on the Motion to Withdraw (Doc. #17) filed by Malcolm W. McSwean, counsel of record for Defendant, The BBQ House, LLC, on October 12, 2012. In light of the parties' recently filed Joint Stipulation of Dismissal (Doc. #22), which indicates that The BBQ House, LLC has secured new counsel, it is hereby ORDERED as follows:

(1) Mr. McSwean's Motion to Withdraw (Doc. #17) is GRANTED.

(2) The hearing on Mr. McSwean's Motion to Withdraw (Doc. #17), currently set for **November 8, 2012**, at 9:00 a.m. in Courtroom 2A, United States Courthouse, One Church Street, Montgomery, Alabama, is CANCELLED.

(3) The Clerk of the Court is DIRECTED to serve a copy of this Order on all parties.

DONE this the 30th day of October, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE